US00D393138S

## United States Patent [19]

### Frey

[11] Patent Number: **Des. 393,138**
[45] Date of Patent: ∗∗ **Apr. 7, 1998**

[54] **SLEEVE**

[76] Inventor: **Fred Frey**, 601 S. Ocean Ave. #4, Pompano Beach, Fla. 33062

[∗∗] Term: **14 Years**

[21] Appl. No.: **20,294**

[22] Filed: **Mar. 23, 1994**

[51] LOC (6) Cl. .................................................. **02-06**
[52] U.S. Cl. ................................................ **D2/610**
[58] Field of Search ..................... D2/858, 860, 859, D2/610, 611; 2/29, 60, 62; D29/120

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 243,330 | 6/1881 | Upham | 2/59 |
| 348,618 | 9/1886 | Converse | 2/59 |
| 1,194,627 | 8/1916 | Hill | 2/59 |
| 1,774,069 | 8/1930 | Schlitz | 2/59 |
| 2,059,136 | 10/1936 | Moller | 2/59 X |
| 2,656,763 | 10/1953 | Frost | 2/59 X |
| 4,843,645 | 7/1989 | White | 2/59 |
| 4,951,317 | 8/1990 | Gray et al. | 2/59 X |
| 4,964,176 | 10/1990 | Previdi | D29/120 |
| 5,173,967 | 12/1992 | Carter | 2/62 X |

*Primary Examiner*—Paula A. Mortimer
*Attorney, Agent, or Firm*—Herbert L. Lerner; Laurence A. Greenberg

[57] **CLAIM**

The ornamental design for the sleeve, as shown and described.

### DESCRIPTION

FIG. 1 is a front elevational view of a sleeve showing my new design, the broken line showing of the human form is for illustrative purposes only and forms no part of the claimed design;
FIG. 2 is a front perspective view thereof; and,
FIG. 3 is a rear perspective view thereof.

**1 Claim, 2 Drawing Sheets**





FIG. 1

**U.S. Patent**     Apr. 7, 1998     Sheet 2 of 2     **Des. 393,138**



FIG. 2



FIG. 3